UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| JANE A. COSIANO, | CASE NO. 1:21-cv-00610 |
| Plaintiff, | OPINION & ORDER [Resolving Doc. 16] |
| vs. | |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | |
| Defendant. | |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Jane A. Cosiano seeks judicial review of the Defendant Commissioner of Social Security final decision denying her applications for disability insurance benefits and supplemental security income. On April 19, 2022, Judge Thomas M. Parker recommended that the Court vacate the Commissioner's decision and remand the case for further consideration.[1]

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of a Report and Recommendation to which the parties have objected.[2] Absent objection, a district court may adopt a Report and Recommendation without review.[3]

Here, the Government informed the Court that it had declined to file objections,[4] so this Court may adopt the Report and Recommendation without further review. Moreover,

---

[1] Doc. 16.
[2] 28 U.S.C. § 636(b)(1).
[3] *Thomas v. Arn*, 474 U.S. 140, 149 (1985); L.R. 72.3(b).
[4] Doc. 17.

Case No. 1:21-cv-00610
Gwin, J.

having conducted its own review of the petition and record, the Court agrees with Judge Parker's determinations.

Accordingly, the Court **ADOPTS** Judge Parker's Report and Recommendation, incorporating it fully herein by reference, **VACATES** the Commissioner's final decision, and **REMANDS** this case consistent with the Report and Recommendation.

IT IS SO ORDERED.

Dated: May 6, 2022 				*s/	James S. Gwin*
						JAMES S. GWIN
						UNITED STATES DISTRICT JUDGE